UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWAN VIEW COALITION and FRIENDS OF THE SWAN,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA HAALAND, Secretary of the Interior; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service; RANDY MOORE, Chief of the U.S. Forest Service, KURTIS STEELE, Forest Supervisor for the Flathead National Forest; U.S. FOREST SERVICE; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. CV-22-096-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Order dated June 28, 2024, Doc. 65.

Dated this 28th day of June, 2024.

TYLER P. GILMAN, CLERK
By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk