IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWAN VIEW COALITION and FRIENDS OF THE SWAN, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUG BURGUM, Secretary of the Interior; PAUL SOUZA, Regional Director of the U.S. Fish and Wildlife Service's Pacific Northwest Region, exercising the delegated authority of the Director of the U.S. Fish and Wildlife Service; U.S. FISH AND WILDLIFE SERVICE; TOM SCHULTZ; Chief of the U.S. Forest Service; ANTHONY BOTELLO, Forest Supervisor, Flathead National Forest; and U.S. FOREST SERVICE,[1] <br><br> Defendants. | CV 22–96–M–DLC <br><br><br> ORDER |

The parties have filed a Joint Proposed Briefing Schedule for Plaintiffs' Motion for Attorneys' Fees and Costs after failing to reach a stipulated agreement.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Doug Burgum, Secretary of the Interior, is automatically substituted for Deb Haaland. Likewise, Paul Souza, Regional Director of the U.S. Fish and Wildlife Service, exercising the delegated authority of Director of the U.S. Fish and Wildlife Service, is automatically substituted for Martha Williams, and Tom Schultz, Chief of the U.S. Forest Service, is automatically substituted for Randy Moore.

1

(Doc. 82.) The parties propose the following briefing schedule to resolve Plaintiffs' motion for attorneys' fees:

- Plaintiffs' renewed and updated motion (along with an updated timesheet and a new supporting memorandum and declarations) shall be due on August 22, 2025;
- Defendants' response brief shall be due on September 22, 2025; and
- Plaintiffs' reply brief shall be due on October 10, 2025.

Accordingly, IT IS ORDERED that the stay is LIFTED and the parties Proposed Briefing Schedule for Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 82) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' renewed and updated motion for attorneys' fees, along with an updated timesheet and a new supporting memorandum and declarations, shall be due August 22, 2025, Defendants' response brief shall be due September 22, 2025, and Plaintiffs' reply brief shall be due October 10, 2025

DATED this 22nd day of July, 2025.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court