IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWAN VIEW COALITION and FRIENDS OF THE SWAN,<br><br>    Plaintiffs,<br><br> vs.<br><br>DOUG BURGUM, Secretary of the Interior; PAUL SOUZA, Regional Director of the U.S. Fish and Wildlife Service's Pacific Northwest Region, exercising the delegated authority of the Director of the U.S. Fish and Wildlife Service; U.S. FISH AND WILDLIFE SERVICE; TOM SCHULTZ; Chief of the U.S. Forest Service; ANTHONY BOTELLO, Forest Supervisor, Flathead National Forest; and U.S. FOREST SERVICE,[1]<br><br>    Defendants. | CV 22–96–M–DLC<br><br><br>ORDER |

  Plaintiffs have filed an Updated Motion for an Award of Attorneys' Fees and Costs. (Doc. 84.)

  Accordingly, IT IS ORDERED that Plaintiffs' initial Motion for Attorneys' Fees and Costs (Doc. 76) is DENIED AS MOOT.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Doug Burgum, Secretary of the Interior, is automatically substituted for Deb Haaland. Likewise, Paul Souza, Regional Director of the U.S. Fish and Wildlife Service, exercising the delegated authority of Director of the U.S. Fish and Wildlife Service, is automatically substituted for Martha Williams, and Tom Schultz, Chief of the U.S. Forest Service, is automatically substituted for Randy Moore.

1

DATED this 28th day of August, 2025.

_____
Dana L. Christensen, District Judge
United States District Court